DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

D.M.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1790

_____

January 30, 2026

Appeal from the Circuit Court for Pasco County; James R. Stearns,
Judge.

Blair Allen, Public Defender, and Lisa Lott, Assistant Public Defender,
Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior publication.